## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.  22-01722 |
| Migdalia M Ortega | ) | |
| | ) | HON. Jacqueline P. Cox |
| | ) | CHAPTER 13 |
| DEBTOR. | ) | |

### NOTICE OF MOTION

TO:    Trustee Thomas H. Hooper, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603, via

electronic court notification;

See attached service list.


PLEASE TAKE NOTICE THAT that on October 31, 2022, at 10:00 a.m., I will appear before the Honorable Judge Jacqueline P. Cox or any judge sitting in that judge's place and present the motion of Debtor to Modify Plan Post Confirmation, a copy of which is attached.


**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance at the courthouse is necessary or permitted. To appear and be heard on the motion, you must do the following:


**To appear by video,** (1) use this link: https://www.zoomgov.com/.  (2) Enter the meeting ID 1612732896. (3) Enter the passcode 778135.


**To appear by telephone,** (1) call Zoom for Government at 1-669-254-5252 or 1-646- 828-7666. (2) Enter the meeting ID 1612732896. (3) Enter passcode 778135.


**When prompted identify yourself by stating your full name.**


**To reach Judge Cox's web page** go to www.ilnb.uscourts.gov and click on the tab for Judges.


**If you object to this motion** and want it called on the presentment date above, you may file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may call the matter regardless.

By:    David H. Cutler
Counsel for Debtor(s)
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600
cutlerfilings@gmail.com

## CERTIFICATE OF SERVICE

I, David H. Cutler, hereby certify that I served a copy of this notice and the attached motion electronically or through U.S. Mail on each entity shown on the attached list at the address shown on the list on October 7, 2022 by 5:00 p.m.

By:    /s/ David H. Cutler
David H. Cutler, esq.
Counsel for Debtor(s)
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.:   22-01722 |
| | ) | |
| Migdalia M Ortega | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | Judge:  Jacqueline P. Cox |

MOTION TO MODIFY PLAN POST CONFIRMATION

NOW COMES the Debtor, Migdalia M Ortega (hereafter referred to as "the Debtor"), by and through her attorneys, The Law Offices of Cutler & Associates, Ltd., to present this Motion and state as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 USC §1334 and this is a "core proceeding" under 28 USC §157(b)(2).

2. The Debtor filed for relief under Chapter 13 of the United States Bankruptcy Code on February 15, 2022 and her Chapter 13 Plan was confirmed on May 9, 2022.

3. The Debtor's confirmation order provides for a plan payment of $519 for 20 months, then $597 for 30 months and then $1,246 for 10 months with unsecured creditors receiving 100% of their unsecured claims.

4. The Debtor has paid $2,076 in her Chapter 13 plan.

5. The Debtor has a current trustee default of $1,557 as of the date of this motion.

6. The Debtor had fallen behind on her trustee payments as she and her non-filing spouse incurred necessary out of pocket expenses for vehicle repairs to the 2017 Chevrolet Trax. That in May 2022, the Debtor's non-filing spouse's car needed new tires as the old ones were unsafe to drive on as they were worn and the vehicle needed a front-end alignment.

7. The Debtor also incurred necessary out of pocket expenses for her home and pest control. In June 2022, Debtor had to install a fence for their home as they were being overcome by opossums and skunks who were causing damage to their property and spent over $1,200 for the fence and $300 for pest control.

8. The Debtor is able to make her trustee payments going forward, as the vehicle has been repaired and the fence has been installed, but she is unable to get caught up on the full default amount in one lump sum payment.

9. The Debtor seeks to modify her plan post-confirmation by deferring the existing default to the end of the plan and cure the default by adjusting her pay schedules, that commencing with the first payment due after the filing of the Debtor's voluntary petition, the monthly payments shall be $259.50 for 8 months, $519 for 12 months, $597 for 30 months and $1,246 for 10 months.

10. The Debtor has filed the instant case in good faith and she intends to complete the plan of reorganization.

WHEREFORE, the Debtor respectfully requests that this Court modify the Debtor's Plan Post Confirmation to defer the existing default until the end of the plan and cure the default that commencing with the first payment due after the filing of the Debtor's voluntary petition, the monthly payments shall be $259.50 for 8 months, $519 for 12 months, $597 for 30 months and $1,246 for 10 months; and for such further relief that this Court may deem just and proper.

Dated:  October 7, 2022                                        Respectfully Submitted,

                                                        By:     /s/ David H. Cutler
                                                                David H. Cutler, esq.,
                                                                Counsel for Debtor(s):
                                                                4131 Main St.
                                                                Skokie, IL 60076
                                                                Phone: (847) 673-8600