UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 22-01722 |
| Migdalia M Ortega | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Jacqueline P Cox |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING CONFIRMED PLAN

This matter coming before the Court for a hearing on debtor's motion to modify the plan, the court being advised in the matter and having jurisdiction hereof,

IT IS HEREBY ORDERED:

1. The default accruing through September 2022 is hereby deferred. The remaining payments under the plan will be $519 for 12 months, beginning October 2022, then $597 for 30 months and then $1,246 for 10 months.

2. That Trustee shall not be required to perform collections on behalf of creditors pursuant to any prior confirmed plan.

Enter: *Jacqueline P. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: October 31, 2022

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd,
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600