**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Chapter 13 |
|     Migdalia M Ortega | ) | |
| | ) | Case No.  22-01722 |
| | ) | |
|     Debtor | ) | Judge Jacqueline P. Cox |

## NOTICE OF MOTION

TO:    Thomas H. Hooper, Office of the Chapter 13 Trustee, 55 E. Monroe St., Suite 3850 Chicago, IL 60603, served via electronic court notification;

See attached Service List, served via U.S. Mail.

    PLEASE TAKE NOTICE that on August 7, 2023, at 10:00 A.M., I will appear before the Honorable Jacqueline P. Cox, or any judge sitting in that judge's place, **either** in courtroom 680 of the Dirksen Federal Building, 219 South Dearborn, Chicago, Illinois 60604, **or** electronically as described below, and present the motion of the Debtor to Modify Plan Post Confirmation, a copy of which is attached.

    **Important:  Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government.  All others must appear in person.**

    **To appear by Zoom using the internet,** go to this link: https://www.zoomgov.com/.  Then enter the meeting ID and passcode.

    **To appear by Zoom using a telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828- 7666. Then enter the meeting ID and passcode.

    **Meeting ID and passcode.** The meeting ID for this hearing is 161 273 2896 and the passcode is 778135. The meeting ID and passcode can also be found on the judge's page on the court's web site.

    **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

          By:    David H. Cutler
Counsel for Debtor(s)
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600
cutlerfilings@gmail.com

## CERTIFICATE OF SERVICE

I, David H. Cutler, hereby certify that I served a copy of this notice and the attached motion electronically and through U.S. Mail on each entity shown on the attached list at the address shown on the list on July 17, 2023 by 6:30 p.m.

          By:    /s/ David H. Cutler
David H. Cutler, esq.
Counsel for Debtor(s)
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.:  22-01722 |
| | ) | |
| Migdalia M Ortega | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | Judge:  Jacqueline P. Cox |

## MOTION TO MODIFY PLAN POST CONFIRMATION

NOW COMES the Debtor, Migdalia M Ortega (hereafter referred to as "the Debtor"), by and through her attorneys, The Law Offices of Cutler & Associates, Ltd., to present this Motion and state as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 USC §1334 and this is a "core proceeding" under 28 USC §157(b)(2).

2. The Debtor filed for relief under Chapter 13 of the United States Bankruptcy Code on February 15, 2022 and her Chapter 13 Plan was confirmed on May 9, 2022.

3. The Debtor's confirmation order provides for a plan payment of $519 for 20 months, then $597 for 30 months and then $1,246 for 10 months with unsecured creditors receiving 100% of their unsecured claims.

4. The Debtor has paid $4,671 in her Chapter 13 plan.

5. The Debtor has a current trustee default of $2,595 as of the date of this motion and one payment of $519 has been made but has not posted yet to her case.

6. The Debtor's plan was modified on October 31, 2022 to defer the trustee default to the end of plan as she incurred out of pocket home and vehicle repair expenses.

7. The Debtor has fallen behind on her trustee payments as she had lost her job in November 2022 and was unemployed.  The Debtor has been receiving unemployment

benefits during this time. The Debtor and her non-filing spouse have incurred out of pocket expenses for vehicle repairs to fix the alignment on their 2017 Chevrolet Trax and for medical bills.

8. The Debtor is able to make her trustee payments going forward, as she has accepted a position at United Airlines, but she is unable to get caught up on the full default amount in one lump sum payment.

9. The Debtor seeks to modify her plan post-confirmation by deferring the existing default to the end of the plan, that the Debtor is in a 100% plan and there is room to defer.

10. The Debtor has filed the instant case in good faith and she intends to complete the plan of reorganization.

WHEREFORE, the Debtor respectfully requests that this Court modify the Debtor's Plan Post Confirmation to defer the existing default until the end of the plan and for such further relief that this Court may deem just and proper.

Dated: July 17, 2023                          Respectfully Submitted,

                                              By:   /s/ David H. Cutler
                                                    David H. Cutler, esq.,
                                                    Counsel for Debtor(s):
                                                    4131 Main St.
                                                    Skokie, IL 60076
                                                    Phone: (847) 673-8600