UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   22-01722 |
| Migdalia M Ortega | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable Jacqueline P Cox |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING CONFIRMED PLAN

This matter coming before the Court for a hearing on debtor's motion to modify the plan, the court being advised in the matter and having jurisdiction hereof,

IT IS HEREBY ORDERED:

1. That the confirmed plan is modified to provide that the default accruing though July 2023 is deferred.

2. That the remaining payments under the plan shall be $519 for 3 months, beginning August 2023, then $597 for 30 months and then $1,246 for 10 months.

3. That trustee shall not be required to perform collections on behalf of creditors pursuant to any prior confirmed plan.

Enter:

Jacqueline P. Cox

_____

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated:  August 07, 2023

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd,
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600